**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SONJA GULLIKSEN,**

       **Plaintiff,**

-vs-                                          Case No. 6:08-cv-67-Orl-31KRS

**FLORIDA PRODUCTION**
**ENGINEERING, INC., CAROL PARRAY,**
**and JOHN WARNE,**

       **Defendants.**

## ORDER

This cause comes before the Court on Motion for Approval of Settlement and Dismissal of Case with Prejudice (Doc. No. 25) filed June 24, 2008. On June 4, 2008, United States Magistrate Judge Spaulding issued a report (Doc. No. 21) recommending that the settlement be approved and this case be dismissed with prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Approval of Settlement and Dismissal of Case with Prejudice is **GRANTED**.

3. This case is hereby **DISMISSED** with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 25th day of June, 2008.

                                                                             GREGORY A. PRESNELL
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party